MARC V. KALAGIAN
ATTORNEY AT LAW: 149034
ROHLFING & KALAGIAN, LLP
211 EAST OCEAN BLVD., SUITE 420
LONG BEACH, CA 90802
TELE: 562/437-7006
FAX: 562/432-2935
Email: marckalagian_rohlfinglaw@hotmail.com

Attorneys for Plaintiff DEBORAH M. HOEHLAND

FILED
CLERK, U.S. DISTRICT COURT
DEC 16 2008
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| DEBORAH M. HOEHLAND,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No.: CV 08-4098 E<br><br>[~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE |

Based upon the parties' Stipulation for Dismissal with Prejudice, and for cause shown, IT IS ORDERED that the above captioned matter be dismissed with prejudice.

Dated: 12/16/08

_____
UNITED STATES MAGISTRATE JUDGE

-1-